

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

•• **Salans FMC SNR Denton McKenna Long**
dentons.com

# MEMO ENDORSED

January 20, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties' request to stay the case until **March 5, 2021** is granted.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/20/21
> New York, New York

Re:   *Paguada v. Amini's Galleria, Inc.*: Case No. 1:20-cv-05711-ER

Dear Judge Ramos:

We represent defendant Amini's Galleria, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from January 20, 2021 to March 5, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

                    */s/ Timothy J. Straub*
                    Timothy J. Straub

cc:   All counsel of record (by ECF)

116465505